Gustav Pantzar, *Appellant, v.* The Tilly Foster Iron Mining Company, *Respondent.* — Judgment reversed, new trial ordered, costs to abide event. Opinion *Per Curiam*.

Theron S. Atwater, *Appellant, v.* Andrew Diraaci, Jr., and others, *Respondents.*—Judgment affirmed. Opinion by Brady, J.

Charles H. Tenney and another, *Appellants, v.* Moritz Mautner and others, *Respondents.* — Order reversed, with ten dollars costs and disbursements. Opinion by Davis, P. J.